Certificate Number: 04941-WIW-CC-001197289

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 18, 2006, at 1:50 o'clock PM CST,

Anne M. Fosdal received from

Family Service, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Wisconsin, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

**FILED**
**DEC 19 2006**
CLERK, U.S.
BANKRUPTCY COURT

Date: December 18, 2006    By    /s/Charles J Ritter

Name    Charles J Ritter

Title    Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 04941-WIW-CC-001197296

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 18, 2006, at 1:52 o'clock PM CST,

Eric D. Fosdal received from

Family Service, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Wisconsin, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person

FILED
DEC 19 2006
CLERK, U.S.
BANKRUPTCY COURT

Date: December 18, 2006      By       /s/Charles J Ritter

                             Name    Charles J Ritter

                             Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).