**FILED**

**FEB 14 2007**

CLERK, U.S.
BANKRUPTCY COU[RT]

Certificate Number: 04941-WIW-DE-001360769

Bankruptcy Case Number: 06-13382

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 29, 2007, at 4:08 o'clock PM CST,

Eric D. Fosdal completed a course on personal financial

management given in person by

Family Service, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Western District of Wisconsin.

Date: January 29, 2007          By      /s/Charles J Ritter

                                Name    Charles J Ritter

                                Title   Credit Counselor

Case 3-06-13382-rdm    Doc 14    Filed 02/14/07    Entered 02/15/07 15:31:36    Desc Main
Document    Page 1 of 1