**FILED**

**FEB 14 2007**

CLERK, U.S.
BANKRUPTCY COURT

Certificate Number: 04941-WIW-DE-001360752

Bankruptcy Case Number: 06-13382

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 29, 2007, at 4:06 o'clock PM CST,

Anne M. Fosdal completed a course on personal financial

management given in person by

Family Service, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Western District of Wisconsin.

Date: January 29, 2007        By    /s/Charles J Ritter

                              Name  Charles J Ritter

                              Title Credit Counselor